___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

DEC 2 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

11/18/19

Mrs. Fine,

Hello this is Ryan Dales I'm not sure if you remember me or my case but I had the Identity theft case that was resolved earlier this year and my attorney was Harry Trainor. I have been in the Butner FCI since June of this year and I have had an road block as far as being able to take the proper programs to reduce my time because of an detainer which was supposed to be included in my case per my plea agreement. Mr. Trainor informed me that he reached out to you regarding the matter but you have yet to respond to him. I'm only pressing the issue because a detainer messes with my security level and can hinder me from other facilities because of my points and I maintain the status of a Med-High inmate even though I've had no incidents and have been a model inmate. So I am asking to please contact Norristown, Pennsylvania District Attorney's Office and inform them that the matter of case # CP-46-CR-0002679-2016 has been resolved so that I may go into my unit team with no detainers next month and get designated to a facility that would fit my new security status. Thank you very much and you have a Happy Holiday I hope to hear from you soon!

Ryan Dales
62822037